# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Barry Segal, | ) COURT MINUTES – CIVIL | |
| | ) BEFORE: HILDY BOWBEER | |
| | ) U.S. MAGISTRATE JUDGE | |
| Plaintiff, | ) Case No: | 18-cv-2333 (DSD/HB) |
| | ) Date: | June 15, 2022 |
| v. | ) Courthouse: | Saint Paul |
| | ) Courtroom: | 6B |
| Metropolitan Council | ) Recording: | NONE |
| d/b/a Metro Transit, | ) Time Commenced: | 9:00 AM |
| | ) Time Concluded: | 6:00 PM |
| Defendant. | ) Time in Court: | 9 Hours |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    For Plaintiff: Roderick J. Macpherson, III
    Barry Segal – Plaintiff
    Quincy Craft Faber - ASL Interpreter
    Janine Cashman - ASL Interpreter
    Tarra Grammenos - ASL Interpreter
    Albert Walla - ASL Interpreter

    For Defendant: Stephen Matthew Owen, Susan E. Ellingstad
    Ann Bloodhart - General Counsel, Metropolitan Council
    Daniel Abelson - Associate General Counsel, Metropolitan Counsel
    Wes Kooistra - General Manager, Metro Transit
    Brian Funk - Deputy General Manager and Chief Operations Officer

**PROCEEDINGS:**

    ☒ Settlement reached.
    ☐ No settlement reached.

                                                                                                              s/*LNP*
                                                                                                        Courtroom Deputy