# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| Barry Segal, | **COURT MINUTES** |
| Plaintiff, | Case Number: 18-cv-2333 DSD/ECW |
| v. | |
| | Date: September 13, 2022 |
| | Court Reporter: Tim Willette |
| | Time Commenced: 9:30 a.m. |
| Metropolitan Council, | Time Concluded: 10:05 a.m. |
| | Time in Court: 35 Minutes |
| Defendant. | |

**Telephonic Status Conference before Elizabeth Cowan Wright, United States Magistrate Judge.**

APPEARANCES:

For Plaintiff:   Roderick Machpherson, III
For Defendants: Susan Ellingstad, Stephen Owen

ASL Interpreters Quincy Craft Faber and Albert Walla

The Court used binding IDR to resolve a dispute over the written settlement agreement.

*s/Elizabeth Cowan Wright*
United States Magistrate Judge
