UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Barry Segal,<br><br>    Plaintiff,<br><br>v.<br><br>Metropolitan Council,<br><br>    Defendant. | Case No. 18-CV-02333 (DSD/ECW)<br><br><br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

It is hereby stipulated and agreed by and between Plaintiff Barry Segal and Defendant Metropolitan Council, that the Court may issue an order dismissing the above-entitled action with prejudice and without attorneys' fees and costs to any party.

Dated:  October 6, 2022

**s/ Roderick J. Macpherson**
Roderick J. Macpherson, III (#66163)
111 North Fifth Street, Suite 100
Minneapolis, MN 55403
Telephone: (612) 746-3731
Fax: (612) 334-5755
rjmacpherson@mylegalaid.org

**ATTORNEY FOR PLAINTIFF**

Dated: October 6, 2022

**s/ Susan E. Ellingstad**
Susan E. Ellingstad (#243346)
Stephen M. Owen (#399370)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
seellingstad@locklaw.com
smowen@locklaw.com

**ATTORNEYS FOR DEFENDANT**