UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barry Segal,

        Plaintiff,

v.

Metropolitan Council,

        Defendant.

Case No. 18-CV-02333 (DSD/ECW)

**ORDER FOR DISMISSAL**

Pursuant to the Stipulation for Dismissal [Doc. No. 123], **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without fees or costs to any party.

Dated: October 6, 2022

s/David S. Doty
David S. Doty, Judge
United States District Court